UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-58-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| DARRICUS DIQUEL SUGGS | ) | |

The United States Attorney charges that:

COUNT ONE

At all times material to this Count, the Speedway gas station, located at 737 English Road, Rocky Mount, North Carolina, was engaged in a commercial retail business in interstate commerce and was an industry which affects interstate commerce.

On or about November 21, 2016, in the Eastern District of North Carolina, DARRICUS DIQUEL SUGGS, defendant herein, aiding and abetting others, did unlawfully obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, that is, unlawfully taking and obtaining personal property from the person and in the presence of another, against that person's will, by means of actual and threatened force, as set forth in Title 18, United States Code, Section 1951(b)(1), of the Speedway gas station, located at 737

English Road, Rocky Mount, North Carolina, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

On or about November 22, 2016, in the Eastern District of North Carolina, the defendant, DARRICUS DIQUEL SUGGS, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offenses set forth in this Criminal Information, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all gross proceeds derived from the offenses. The forfeitable property includes, but is not limited to $382.00, the gross proceeds obtained by the Defendant.

Additionally, upon conviction of the offenses set forth this Criminal Information, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved or used in a knowing commission of that offense, including:

2

(1) Smith & Wesson, M&P Body Guard, .380 caliber pistol, bearing serial number KDX8650;

(2) Smith & Wesson, M&P Shield, 9mm pistol, bearing serial number LDD8112;

(3) Smith & Wesson, M&P Shield, 9mm pistol, bearing serial number HMS0938; and

(4) Assorted 9mm and .380 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

[Remainder of page intentionally left blank]

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ROBERT J. HIGDON, JR.
United States Attorney

BY: JAMES J. KUROSAD
Assistant United States Attorney
Criminal Division