IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-58-H
No. 4:19-CV-57-H

| | |
|---|---|
| DARRICUS DIQUEL SUGGS, | ) |
| Petitioner, | ) |
| v. | ) MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, submits this motion to dismiss Petitioner's motion for failure to state a claim upon which relief can be granted, Fed. R. Civ. P. 12(b)(6), excepting the singular claim in Ground Four of Petitioner's motion concerning Petitioner's assertion that he requested that his defense counsel file a notice of appeal and counsel failed to do so. A memorandum of law is filed in support of this motion.

Respectfully submitted, this 12th day of August, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

BY: /s/ Amy N. Okereke
AMY N. OKEREKE
Assistant United States Attorney
Appellate Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Email: amy.okereke@usdoj.gov
N.Y. Bar # 4491973

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2019, I served a copy of the foregoing upon the below party by placing a copy in the U.S. Mail, postage paid, addressed as follows:

Darricus Diquel Suggs
Reg. No. 64325-056
FCI Butner Medium II
P.O. Box 1500
Butner, NC 27509

        BY: /s/ Amy N. Okereke
           AMY N. OKEREKE
           Assistant United States Attorney